# U.S. District Court
# District of Kansas (Kansas City)
# CIVIL DOCKET FOR CASE #: 2:08-cv-02160-CM-KGS
# Internal Use Only

Hamilton v. Davol, Inc. et al
Assigned to: District Judge Carlos Murguia
Referred to: Magistrate Judge K. Gary Sebelius
Cause: 28:1332 Diversity-Product Liability

Date Filed: 04/08/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Gayanne Hamilton** represented by **Kirk J. Goza**
Goza & Honnold, LLC
11150 Overbrook Rd., Suite #250
Leawood, KS 66211
913-451-3433
Fax: 913-273-0509
Email: kgoza@gohonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**
*a Delaware corporation*

**Defendant**

**C.R. Bard, Inc.**
*a New Jersey corporation*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/08/2008 | 1 | COMPLAINT (No Summons Issued) with trial location of Kansas City, filed by Gayanne Hamilton.(ta) (Entered: 04/09/2008) |
| 04/09/2008 | | FILING FEE PAID: in the amount of $ 350, receipt number K4631012306. (ta) (Entered: 04/09/2008) |
| 06/12/2008 | 2 | CONDITIONAL TRANSFER ORDER: Case transferred to the District of Rhode Island MDL 1842. (mm) (Entered: 06/12/2008) |
| 06/12/2008 | 3 | Letter to District of Rhode Island regarding transfer of case from the District of Kansas MDL 1842. (mm) (Entered: 06/12/2008) |